618

372 A.2d 431
Commonwealth v. Wenrich, Appellant.

Argued September 12, 1975. Donald E. Speice, Assistant Public Defender, for appellant; Edward S. Newlin, Assistant District Attorney, and Amos C. Davis, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 432
Commonwealth v. Wilcox, Appellant.

Submitted February 23, 1976. Norris E. Gelman, for appellant; Stuart M. Niemtzow, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.